J-A24009-15

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT I.O.P. 65.37**

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA | IN THE SUPERIOR COURT OF PENNSYLVANIA |
| Appellee | |
| v. | |
| CARLOS J. F. FIGUEROA-FAGOT | |
| Appellant | No. 1270 EDA 2014 |

Appeal from the Judgment of Sentence April 4, 2014
In the Court of Common Pleas of Philadelphia County
Criminal Division at No(s): CP-51-CR-0009312-2012

BEFORE:  PANELLA, J., WECHT, J. and STRASSBURGER[*], J.

CONCURRING AND DISSENTING STATEMENT BY PANELLA, J.

**FILED DECEMBER 02, 2015**

I agree with the Majority in its affirmance of Figueroa-Fagot's conviction of the corruption of minors. I, however, would also affirm the other two convictions. The trial court opinion ably addresses the issues raised on appeal. Accordingly, I would affirm based on Judge Dubow's well-written opinion. ***See*** Trial Court Opinion, 10/31/14, at 12-14.

---

[*] Retired Senior Judge assigned to the Superior Court.